UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-21748-CIV-UNGARO

RICHARD MULLOY, JR., as Personal Representative
and Administrator of the Estate of Richard S. Mulloy, III,
    Plaintiff,

v.

NCL (BAHAMAS) LTD., OCEAN VOYAGER
LTD., and NORWEGIAN CRUISE LINE, LTD.,
    Defendants.
_____/

### ORDER GRANTING MOTIONS TO APPEAR PRO HAC VICE

THIS CAUSE is before the Court upon the separately filed Motions of Carolyn M. Latti and David F. Anderson, to appear pro hac vice, filed July 24, 2008.  (D.E. 8, 9.)

THE COURT has considered the Motion and the pertinent portions of the record and is otherwise fully advised in the premises.  Accordingly, it is

ORDERED AND ADJUDGED that the abovementioned motions are GRANTED.

DONE AND ORDERED in Chambers at Miami, Florida, this 11th day of August, 2008.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record